## UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | INDIANA |

**APPEARANCE**

MATT RHOADES, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS,

        Plaintiff,

No. 1:25-cv-1368

JUNGCLAUS-CAMPBELL CO., INC., an Indiana domestic for-profit corporation,

        Defendant.

To the Clerk of this court all parties of record:

    I, the below signed, state that pursuant to S.D. Ind. L.R. 83.5(g), I have read and will abide by the Local Rules of the U.S. District Court for the Southern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.  I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for Plaintiff.

    I certify that I am admitted to practice in this court.

| **July 10, 2025** | **s/ Donald D. Schwartz** |
|---|---|
| **Date** | **Signature** |
| | **Donald D. Schwartz**  **03124459** |
| | **Print Name**  **Bar Number** |
| | **Arnold and Kadjan, LLP, 35 E. Wacker Dr., Suite 600** |
| | **Address** |
| | **Chicago, Illinois 60601** |
| | **City**  **State**  **Zip Code** |
| | **312-236-0415**  **312-341-0438** |
| | **Phone Number**  **Fax Number** |